**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

Case No.: 6:18-cv-34-Orl-37TBS

DEBORAH L. GALLAHER and
KEVIN JOHN GALLAHER,

    Plaintiffs,
v.

DEUTSCHE BANK NATIONAL
TRUST COMPANY; ESTATES AT
ALOMA WOODS HOMEOWNERS
ASSOCIATION, INC.; SHELLPOINT
MORTGAGE SERVICING; and
SELECT PORTFOLIO SERVICING, INC.,

    Defendants.
_____/

## MOTION TO WITHDRAWAL AS COUNSEL

Pursuant to Local Rule 2.03(b), Middle District of Florida, undersigned counsel hereby moves the Court for an Order permitting withdrawal as counsel for Plaintiffs DEBORAH L. GALLAHER and KEVIN JOHN GALLAHER (herein "Plaintiffs"), pursuant to the Gallahers' request and hereby states:

1. Plaintiffs have requested that the undersigned withdraw as counsel in this matter. The address for Plaintiffs is: 2902 Oak Bluff Way, Oviedo, FL 32765.

2. In accordance with Local Rule 2.03(b), the clients and opposing counsel have had 10 days' notice of my intention to withdraw prior to the filing of this motion and have advised they have no objection to the withdrawal.

3. In accordance with Local Rule 3.01(g), the undersigned counsel has conferred with counsel of record for all remaining parties, and no objections were expressed.

4. Allowing the undersigned to withdraw will not prejudice any party nor delay this

proceeding.

**WHEREFORE**, this honorable Court should authorize Andrea Roebuck to withdraw as counsel of record for Plaintiffs in this action.

                                            Respectively submitted,

                                            /S/ *Andrea M. Roebuck*
                                            Andrea M. Roebuck, Esq.
                                            FBN 0089386
                                            Best Defense Law, P.A.
                                            100 Colonial Center Parkway, #140
                                            Lake Mary, Florida 32746
                                            Primary Email:  aty.assistant@gmail.com
                                            Secondary Email: ammrroebuck@gmail.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 13, 2018, a true and correct copy of the foregoing has been furnished electronically by the CM/ECF system to: Joyce C. Fuller, Esq., J.C. Fuller, P.A., 1700 N. Maitland Ave, Maitland, FL 32751; Celia C. Falzone, Esq. and Justin E. Hekkanen, Esq., Akerman LLP, 50 North Laura Street, Suite 3100 Jacksonville, Florida 32202 and by email to Kevin and Debbie Gallaher,  2902 Oak Bluff Way, Oviedo, FL 32765, debbie.gallaher@gmail.com.

.

                                            /s/ *Andrea M. Roebuck,*
                                             Andrea M. Roebuck, Esq.