**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**Case No.: 6:18-cv-34-Orl-37TBS**

DEBORAH L. GALLAHER
and KEVIN JOHN
GALLAHER,

      Plaintiffs,

v.

DEUTSCHE BANK NATIONAL
TRUST COMPANY; ESTATES AT
ALOMA WOODS
HOMEOWNERS ASSOCIATION,
INC.; SHELLPOINT MORTGAGE
SERVICING; and
SELECT PORTFOLIO SERVICING, INC.,

      Defendants.

_____/

**NOTICE OF CHANGE OF FIRM**

      Undersigned counsel has changed law firms from Allegiant Law PA to Best Defense Law

PA and requests notice of all further papers at 100 Colonial Center Parkway, #140, Lake Mary,

Florida 32746.

      Respectfully submitted this 13th day of August 2018.

                                            */S/Andrea M. Roebuck, Esq.*
                                            FBN 0089386
                                            Best Defense Law PA
                                            100 Colonial Center Parkway, #140
                                            Lake Mary, Florida 3274
                                            Email:  aty.assistant@gmail.com
                                            ammrroebuck@gmail.com

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that on August 13, 2018, a true and correct copy of the foregoing has been furnished electronically by the CM/ECF system to: Joyce C. Fuller, Esq., J.C. Fuller, P.A., 1700 N. Maitland Ave, Maitland, FL 32751; Celia C. Falzone, Esq. and Justin E. Hekkanen, Esq., Akerman LLP, 50 North Laura Street, Suite 3100 Jacksonville, Florida 32202 and via email to Kevin and Debbie Gallaher,  2902 Oak Bluff Way, Oviedo, FL 32765, debbie.gallaher@gmail.com.

.

/s/ *Andrea M. Roebuck,*
Andrea M. Roebuck, Esq.