UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DEBORAH L. GALLAHER and KEVIN
JOHN GALLAHER,

    Plaintiffs,

v.                                   Case No:   6:18-cv-34-Orl-37TBS

ESTATES AT ALOMA WOODS
HOMEOWNERS ASSOCIATION, INC,

    Defendant.

### ORDER

This closed case comes before the Court without a hearing on attorney Andrea M. Roebuck's Motion to [sic] Withdrawal as Counsel (Doc. 95). The motion is **GRANTED** and Andrea M. Roebuck is **TERMINATED** as counsel for Plaintiffs who are now representing themselves in this matter.

**DONE** and **ORDERED** in Orlando, Florida on August 14, 2018.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Unrepresented Parties